# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : **Bankruptcy No. 17-70746-JAD** |
| **Erik M. Buchanan and** | : |
| **Leigh Anne Buchanan,** | : **Chapter 13** |
| Debtors | : |
| | : |

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 30th day of October, 2017, a true and correct copy of the Order dated October 26, 2017, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

> WILSON CREEK ENERGY, LLC
> 1576 STOYSTOWN ROAD
> FRIEDENS, PA 15541
>
> ERIK M. BUCHANAN
> LEIGH ANNE BUCHANAN
> 133 SHAFFER STREET
> P.O. BOX 340
> JENNERSTOWN, PA 15547
>
> Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

| | |
|---|---|
| | Respectfully submitted, |
| Executed on: <u>October 30, 2017</u> | <u>   /s/Kenneth P. Seitz, Esquire </u> |
| | Kenneth P. Seitz, Esquire |
| | PA I.D. # 81666 |
| | The Law Offices of Kenny P. Seitz |
| | P. O. Box 211 |
| | Ligonier, PA  15658 |
| | (814) 536-7470 |
| | Attorney for Debtors |