# MINUTES OF CHAPTER 13 (§ 341(a)) MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Buchanan_____ JAD

Case Number: __17-70746__

Date of Meeting: __12__/__1__/__17__    Recording # __02__

Debtor(s) present __✓__ or Not Present ___ (__ No Payments Made or ___ partial payments)

Attorney for debtor(s) __Seitz_____ (Present __✓__ or Not Present ___)

Date of Plan at § 341: __10/25/17__ Applicable commitment period ___3 yrs __✓__5 yrs

2013 & 2015 Pd Rev returns
unfiled.
recently sent

taxes.

_____ Meeting HELD and CONCLUDED
__X__ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD
    _____ Order to Show Cause Requested
    _____ To be rescheduled by Clerk

__X__ Confirmation Order recommended    _____ Final    __X__ Interim
_____ Amended Plan due: _____; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__X__ Continued to:
    _____ 341 Meeting    OR    __X__ Conciliation Conf. OR ___ *Contested Hearing
    On __5/10/18__ at __1:00__ am/pm Location __5250__

_____
Chapter 13 Trustee/Attorney for Trustee