UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                  Bankr. Case No. 17-70746-JAD-13

ERIK M. BUCHANAN and LEIGH ANNE BUCHANAN                                    Chapter 13
     Debtor(s)


**REQUEST FOR NOTICE**


    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096


By  /s/  Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following
individuals on December 5, 2017 :

KENNETH P SEITZ                                    Ronda Winnecour
PO BOX 211                                          600 Grant Street
LIGONIER, PA  15658                                 Suite 3250 USX Tower
                                                    Pittsburgh, PA 15219


By  /s/ Mandy Youngblood
    _____
    Mandy Youngblood

xxxxx40223 / 940188