# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    : **Bankruptcy No. 17-70746-JAD**
**Erik M. Buchanan and**                            :
**Leigh Anne Buchanan,**                            : **Chapter 13**
      **Debtors**     :
                                                    :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 18th day of May, 2018, a true and correct copy of the Order dated May 17, 2018, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

> WILSON CREEK ENERGY, LLC
> 1576 STOYSTOWN ROAD
> FRIEDENS, PA 15541
>
> ERIK M. BUCHANAN
> LEIGH ANNE BUCHANAN
> 133 SHAFFER STREET
> P.O. BOX 340
> JENNERSTOWN, PA 15547

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: May 18, 2018

Respectfully submitted,
/s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA 15658
(814) 536-7470
Attorney for Debtors