Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Erik M. Buchanan
Leigh Anne Buchanan**
  Debtor(s)

Bankruptcy Case No.: 17–70746–JAD
Issued Per May 10, 2018 Proceeding
Chapter: 13
Docket No.: 35 – 14, 25
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated October 25, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A.  For the remainder of the Plan term, the periodic Plan payment is amended to be $1,476 as of May 2018. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.  The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.  Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.  shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: MidFirst Bank at Claim No. 3–2 .

☑ H.  Additional Terms: The secured claim of AmeriCredit Financial Services at Claim No. 4 shall govern as to claim amount, to be paid at the modified plan interest in monthly amount to be determined by Trustee.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: May 23, 2018

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                          Case No. 17-70746-JAD
Erik M. Buchanan                                                Chapter 13
Leigh Anne Buchanan
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-7          User: jhel               Page 1 of 2              Date Rcvd: May 23, 2018
                              Form ID: 149             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2018.
db/jdb         +Erik M. Buchanan,   Leigh Anne Buchanan,   P.O. Box 340,   Jennerstown, PA 15547-0340
cr             +Americredit Financial Services, Inc dba GM Financi,    P O Box 183853,
                 Arlington, TX 76096-3853
14746167       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:   AmeriCredit Financial Services, Inc.,    dba GM Financial,
                 P.O. Box 183853,   Arlington, TX 76096)
14708793       +AmeriCredit/GM Financial,    Po Box 183853,   Arlington, TX 76096-3853
14782528        CACH, LLC its successors and assigns as assignee,    of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14708798       +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
14736882       +MidFirst Bank,   999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14708800       +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
14708801       +Penelec,   P.O. Box 3687,   Akron, OH 44309-3687
14777594       +Penelec,   c/o FirstEnergy,   101 Crawford's Corner Rd., Bldg #1,    Suite 1-511,
                 Holmdel, NJ 07733-1976

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14708791       +E-mail/Text: EBNProcessing@afni.com May 24 2018 01:40:45     Afni,   Attn: Bankruptcy,
                 Po Box 3097,   Bloomington, IL 61702-3097
14708792       +E-mail/Text: ally@ebn.phinsolutions.com May 24 2018 01:40:00      Ally Financial,
                 Attn: Bankruptcy,   Po Box 380901,   Bloomington, MN 55438-0901
14715203        E-mail/Text: ally@ebn.phinsolutions.com May 24 2018 01:40:00      Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
14708794       +E-mail/Text: bankruptcy@firstenergycorp.com May 24 2018 01:40:41     Collection Service Cen,
                 839 5th Ave,   New Kensington, PA 15068-6303
14708795       +E-mail/Text: ccusa@ccuhome.com May 24 2018 01:40:00     Credit Coll USA,   Ccusa,
                 16 Distributor Dr Ste 1,   Morgantown, WV 26501-7209
14708796       +E-mail/Text: bankruptcy_notifications@ccsusa.com May 24 2018 01:41:10
                 Credit Collections Services,   Attention: Bankruptcy,   725 Canton Street,
                 Norwood, MA 02062-2679
14708797       +E-mail/PDF: creditonebknotifications@resurgent.com May 24 2018 01:41:57     Credit One Bank Na,
                 Po Box 98873,   Las Vegas, NV 89193-8873
14782529        E-mail/PDF: resurgentbknotifications@resurgent.com May 24 2018 01:42:10
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14708799       +E-mail/PDF: resurgentbknotifications@resurgent.com May 24 2018 01:41:47
                 LVNV Funding/Resurgent Capital,   Po Box 10497,   Greenville, SC 29603-0497
14708802        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 24 2018 01:41:45
                 Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
14730013        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 24 2018 01:41:56
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14709095       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 24 2018 01:42:09
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14747327       +E-mail/Text: JCAP_BNC_Notices@jcap.com May 24 2018 01:40:48     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
                                                                                             TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MIDFIRST BANK
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14766068*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:   AmeriCredit Financial Services, Inc,    dba GM Financial,
                 P O Box 183853,   Arlington, TX 76096)
                                                                                  TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-7          User: jhel              Page 2 of 2              Date Rcvd: May 23, 2018
                              Form ID: 149            Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2018 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
          Kenneth P. Seitz   on behalf of Debtor Erik M. Buchanan thedebterasers@aol.com
          Kenneth P. Seitz   on behalf of Joint Debtor Leigh Anne Buchanan thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                        TOTAL: 5
```