UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  ERIK M. BUCHANAN<br>  LEIGH ANNE BUCHANAN<br>              Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>              Movant<br>              vs.<br>  ERIK M. BUCHANAN<br>  LEIGH ANNE BUCHANAN<br><br>              Respondents | FILED<br>11/21/22 10:59 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>Case No.17-70746JAD<br><br>Chapter 13<br><br>Document No. 48 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 21st day of November, 20 22, it is hereby ORDERED, ADJUDGED, and DECREED that,

Wilson Creek Energy Llc
Attn: Payroll Manager
1576 Stoystown Rd
Friedens, PA 15541

is hereby ordered to immediately terminate the attachment of the wages of ERIK M. BUCHANAN, social security number XXX-XX-4100.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ERIK M. BUCHANAN.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____ jsf
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70746-JAD |
| Erik M. Buchanan | Chapter 13 |
| Leigh Anne Buchanan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 21, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Erik M. Buchanan, Leigh Anne Buchanan, P.O. Box 340, Jennerstown, PA 15547-0340 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 23, 2022          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Erik M. Buchanan thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Leigh Anne Buchanan thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-7 User: auto Page 2 of 2
Date Rcvd: Nov 21, 2022 Form ID: pdf900 Total Noticed: 1
TOTAL: 5