**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ERIK M. BUCHANAN<br>LEIGH ANNE BUCHANAN<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>      vs.<br>No Respondents. | Case No.:17-70746 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


December 22, 2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/11/2017 and confirmed on 12/6/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 90,357.95 |
| Less Refunds to Debtor | 1,854.23 | |
| TOTAL AMOUNT OF PLAN FUND | | 88,503.72 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,029.00 | |
|    Trustee Fee | 4,037.23 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,066.23 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 42,153.11 | 0.00 | 42,153.11 |
|     Acct: 6983 | | | | |
|   MIDFIRST BANK SSB* | 5,520.23 | 5,520.23 | 0.00 | 5,520.23 |
|     Acct: 6983 | | | | |
|   ALLY FINANCIAL(*) | 14,183.52 | 14,183.52 | 1,903.36 | 16,086.88 |
|     Acct: 1938 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 13,932.80 | 13,932.80 | 1,916.46 | 15,849.26 |
|     Acct: 0223 | | | | |
| | | | | 79,609.48 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ERIK M. BUCHANAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ERIK M. BUCHANAN | 681.24 | 681.24 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ERIK M. BUCHANAN | 1,172.99 | 1,172.99 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,029.00 | 3,029.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3367 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: HGGL | | | | |
|   CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8501 | | | | |
|   CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9462 | | | | |
|   CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |

17-70746 JAD                                                                                          Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 0920 | | | | |
|   PREMIER BANKCARD LLC; JEFFERSON C | 429.57 | 181.16 | 0.00 | 181.16 |
|     Acct: 6592 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 720.33 | 303.78 | 0.00 | 303.78 |
|     Acct: 0920 | | | | |
|   PENELEC/FIRST ENERGY** | 2,506.91 | 1,057.21 | 0.00 | 1,057.21 |
|     Acct: 2100 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 677.84 | 285.86 | 0.00 | 285.86 |
|     Acct: 1506 | | | | |
|   CACH LLC-ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3549 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5617 | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 1,828.01 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 81,437.49 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 33,636.55 |
| UNSECURED | 4,334.65 |

Date: 12/22/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ERIK M. BUCHANAN
LEIGH ANNE BUCHANAN
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:17-70746 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-70746-JAD
Erik M. Buchanan  Chapter 13
Leigh Anne Buchanan
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7  User: auto  Page 1 of 3
Date Rcvd: Dec 23, 2022  Form ID: pdf900  Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.
++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Erik M. Buchanan, Leigh Anne Buchanan, P.O. Box 340, Jennerstown, PA 15547-0340 |
| 14777594 | + | Penelec, c/o FirstEnergy, 101 Crawford's Corner Rd., Bldg #1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 14708801 | + | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 23 2022 22:56:59 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 23 2022 22:54:00 | Americredit Financial Services, Inc dba GM Financi, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 23 2022 22:56:53 | CACH, LLC its successors and assigns as assignee o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14746167 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 23 2022 22:54:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P.O. Box 183853, Arlington, TX 76096 |
| 14708791 | + | Email/Text: EBNProcessing@afni.com | Dec 23 2022 22:54:00 | Afni, Attn: Bankruptcy, Po Box 3097, Bloomington, IL 61702-3097 |
| 14708792 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 23 2022 22:53:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14715203 | | Email/Text: ally@ebn.phinsolutions.com | Dec 23 2022 22:53:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14708793 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 23 2022 22:54:00 | AmeriCredit/GM Financial, Po Box 183853, Arlington, TX 76096-3853 |
| 14782528 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 23 2022 22:56:53 | CACH, LLC its successors and assigns as assignee, of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14708794 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 23 2022 22:54:00 | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14708795 | + | Email/Text: ccusa@ccuhome.com | Dec 23 2022 22:53:00 | Credit Coll USA, Ccusa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14708796 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 23 2022 22:54:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 14708797 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 23 2022 22:57:00 | Credit One Bank Na, Po Box 98873, Las Vegas, |

Case 17-70746-JAD    Doc 55    Filed 12/25/22    Entered 12/26/22 00:14:01    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 23, 2022 | Form ID: pdf900 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | | NV 89193-8873 |
| 14708798 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Dec 23 2022 22:57:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14782529 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Dec 23 2022 22:56:53 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14708799 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Dec 23 2022 22:57:00 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 14736882 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Dec 23 2022 22:56:51 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14708800 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Dec 23 2022 22:56:59 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14708802 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 23 2022 22:57:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14730013 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 23 2022 22:57:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14709095 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Dec 23 2022 22:57:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14747327 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Dec 23 2022 22:54:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14766068 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc, dba GM Financial, P O Box 183853, Arlington, TX 76096 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 25, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0315-7　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　Page 3 of 3
Date Rcvd: Dec 23, 2022　　　　　　　　　　Form ID: pdf900　　　　　　　　　　Total Noticed: 25

| | | |
|---|---|---|
| Brian Nicholas | | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | | on behalf of Debtor Erik M. Buchanan thedebterasers@aol.com |
| Kenneth P. Seitz | | on behalf of Joint Debtor Leigh Anne Buchanan thedebterasers@aol.com |
| Office of the United States Trustee | | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | | cmecf@chapter13trusteewdpa.com |

TOTAL: 5