| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Erik M. Buchanan<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–4100<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Leigh Anne Buchanan<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–0008<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:    17–70746–JAD | | |

## Order of Discharge                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Erik M. Buchanan                                         Leigh Anne Buchanan

2/7/23                                                            **By the court:** Jeffery A. Deller
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                             Case No. 17-70746-JAD

Erik M. Buchanan                                 Chapter 13

Leigh Anne Buchanan

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                                  User: auto                                  Page 1 of 3

Date Rcvd: Feb 07, 2023                         Form ID: 3180W                         Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol          Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++              Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Erik M. Buchanan, Leigh Anne Buchanan, P.O. Box 340, Jennerstown, PA 15547-0340 |
| 14777594 | + | Penelec, c/o FirstEnergy, 101 Crawford's Corner Rd., Bldg #1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 14708801 | + | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 08 2023 04:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2023 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 08 2023 04:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2023 00:00:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Feb 08 2023 04:54:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PHINAMERI.COM | Feb 08 2023 04:54:00 | Americredit Financial Services, Inc dba GM Financi, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2023 00:05:42 | CACH, LLC its successors and assigns as assignee o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14746167 | | EDI: PHINAMERI.COM | Feb 08 2023 04:54:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P.O. Box 183853, Arlington, TX 76096 |
| 14708791 | + | Email/Text: EBNProcessing@afni.com | Feb 08 2023 00:00:00 | Afni, Attn: Bankruptcy, Po Box 3097, Bloomington, IL 61702-3097 |
| 14708792 | + | EDI: GMACFS.COM | Feb 08 2023 04:54:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14715203 | | EDI: GMACFS.COM | Feb 08 2023 04:54:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14708793 | + | EDI: PHINAMERI.COM | Feb 08 2023 04:54:00 | AmeriCredit/GM Financial, Po Box 183853, |

Case 17-70746-JAD   Doc 61   Filed 02/09/23   Entered 02/10/23 00:29:11   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 07, 2023 | Form ID: 3180W | Total Noticed: 27 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Arlington, TX 76096-3853 |
| 14782528 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2023 00:05:43 | CACH, LLC its successors and assigns as assignee, of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14708794 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 08 2023 00:00:00 | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14708795 | + | EDI: CCUSA.COM | Feb 08 2023 04:54:00 | Credit Coll USA, Ccusa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14708796 | + | EDI: CCS.COM | Feb 08 2023 04:54:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 14708797 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 08 2023 00:05:41 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14708798 | + | EDI: AMINFOFP.COM | Feb 08 2023 04:54:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14782529 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2023 00:05:43 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14708799 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2023 00:05:35 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 14736882 | + | EDI: AISMIDFIRST | Feb 08 2023 04:54:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14708800 | + | EDI: AISMIDFIRST | Feb 08 2023 04:54:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14708802 | | EDI: PRA.COM | Feb 08 2023 04:54:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14730013 | | EDI: PRA.COM | Feb 08 2023 04:54:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14709095 | + | EDI: RECOVERYCORP.COM | Feb 08 2023 04:54:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14747327 | + | EDI: JEFFERSONCAP.COM | Feb 08 2023 04:54:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14766068 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc, dba GM Financial, P O Box 183853, Arlington, TX 76096 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 07, 2023 | Form ID: 3180W | Total Noticed: 27 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2023              Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Erik M. Buchanan thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Leigh Anne Buchanan thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5