IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/7/23 12:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
ERIK M. BUCHANAN
LEIGH ANNE BUCHANAN
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:17-70746 JAD

Chapter 13

Related to ECF No. 52

**DEFAULT O/E JAD**

ORDER OF COURT

  AND NOW, this 7th day of February, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

JEFFERY A. DELLER   jah
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-70746-JAD

Erik M. Buchanan     Chapter 13

Leigh Anne Buchanan

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 3
Date Rcvd: Feb 07, 2023     Form ID: pdf900     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Erik M. Buchanan, Leigh Anne Buchanan, P.O. Box 340, Jennerstown, PA 15547-0340 |
| 14777594 | + | Penelec, c/o FirstEnergy, 101 Crawford's Corner Rd., Bldg #1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 14708801 | + | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 08 2023 00:05:41 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 08 2023 00:00:00 | Americredit Financial Services, Inc dba GM Financi, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2023 00:05:43 | CACH, LLC its successors and assigns as assignee o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14746167 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 08 2023 00:00:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P.O. Box 183853, Arlington, TX 76096 |
| 14708791 | + | Email/Text: EBNProcessing@afni.com | Feb 08 2023 00:00:00 | Afni, Attn: Bankruptcy, Po Box 3097, Bloomington, IL 61702-3097 |
| 14708792 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 08 2023 00:00:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14715203 | | Email/Text: ally@ebn.phinsolutions.com | Feb 08 2023 00:00:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14708793 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 08 2023 00:00:00 | AmeriCredit/GM Financial, Po Box 183853, Arlington, TX 76096-3853 |
| 14782528 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2023 00:05:35 | CACH, LLC its successors and assigns as assignee, of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14708794 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 08 2023 00:00:00 | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14708795 | + | Email/Text: ccusa@ccuhome.com | Feb 08 2023 00:00:00 | Credit Coll USA, Ccusa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14708796 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 08 2023 00:01:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 14708797 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 08 2023 00:05:34 | Credit One Bank Na, Po Box 98873, Las Vegas, |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | NV 89193-8873 |
| 14708798 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 08 2023 00:05:41 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14782529 |  | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2023 00:05:43 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14708799 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2023 00:05:35 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 14736882 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 08 2023 00:05:40 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14708800 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 08 2023 00:05:40 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14708802 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 08 2023 00:05:48 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14730013 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 08 2023 00:05:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14709095 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 08 2023 00:05:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14747327 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 08 2023 00:00:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | MIDFIRST BANK |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14766068 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc, dba GM Financial, P O Box 183853, Arlington, TX 76096 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 09, 2023            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2023 at the address(es) listed below:

**Name**          **Email Address**

District/off: 0315-7 | User: auto | Page 3 of 3
Date Rcvd: Feb 07, 2023 | Form ID: pdf900 | Total Noticed: 25

Brian Nicholas
   on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com

Kenneth P. Seitz
   on behalf of Debtor Erik M. Buchanan thedebterasers@aol.com

Kenneth P. Seitz
   on behalf of Joint Debtor Leigh Anne Buchanan thedebterasers@aol.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

TOTAL: 5